IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| COREY TARVIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00025 |
| CORE CIVIC, et al., | ) ) | JUDGE CAMPBELL |
| Defendants. | ) ) | MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 124), which was filed on April 22, 2021. Through the Report and Recommendation, the Magistrate Judge recommends Plaintiff's Motion for Temporary Restraining Order and Order of Protection (Doc. No. 107) be denied. The Report advised the parties that any objections must be filed within 14 days of service. As of the date of this Order, however, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Plaintiff's Motion for Temporary Restraining Order and Order of Protection (Doc. No. 107) is **DENIED.**

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE